No. 03–1537. WALKER v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 03–1545. WOLK ET UX. v. ORANGE COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1546. ULYSSES I & CO., INC. v. FELDSTEIN ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–1548. NOVOTNY, IN HIS INDIVIDUAL CAPACITY AS TRUSTEE OF MIDWEST LIMITED AND SUNRISE INVESTMENTS v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–1549. GM ENTERPRISES, INC. v. TOWN OF ST. JOSEPH, WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 03–1550. MONTANA RIGHT TO LIFE ASSN. ET AL. v. EDDLEMAN, IN HIS OFFICIAL CAPACITY AS COUNTY ATTORNEY FOR STILLWATER COUNTY, MONTANA, AND AS A REPRESENTATIVE OF THE CLASS OF COUNTY ATTORNEYS IN THE STATE OF MONTANA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1552. MAINSTREAM MARKETING SERVICES, INC., ET AL. v. FEDERAL TRADE COMMISSION ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–1554. PLEDGER, INDIVIDUALLY AND ON BEHALF OF HIS MINOR CHILDREN, PLEDGER ET AL., ET AL. v. PHIL GUILBEAU OFFSHORE, INC. C. A. 5th Cir. Certiorari denied.

No. 03–1555. MOSS v. ENLARGED CITY SCHOOL DISTRICT OF THE CITY OF AMSTERDAM ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–1557. SALEHPOOR v. SHAHINPOOR ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–1560. URENECK v. PING CUI. App. Ct. Mass. Certiorari denied.